UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00142-FDW

| | |
|---|---|
| CHRISTY LEIGH, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration regarding the Court's prior Order on Plaintiff's Motion for Extension of Time (Doc. No. 12). The Court sees no reason that an extensive medical record should be viewed as extraordinary circumstances warranting a longer extension than permitted by the Court's standard extension. Accordingly, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

Signed: September 19, 2019

_____
Frank D. Whitney
Chief United States District Judge